In the Matter of the Appraisal, under the Acts in Relation to the Taxable Transfers of Property, of the Estate of WILLIAM R. HARRIS, Deceased. FLORENCE MARY HARRIS and Others, as Executors, etc., and Others, Appellants, Respondents; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent, Appellant.— Order of the Surrogate's Court of Westchester County affirmed, without costs to either of the parties. No opinion. Jenks, P. J., Thomas, Rich and Putnam, JJ., concurred; Carr, J., not voting.

In the Matter of the Petition of JOHN H. O'DONNELL, as Successor Trustee, etc., of JAMES O'DONNELL, Deceased, and OLIVIA C. O'DONNELL, Cestui Que Trust, Respondents, for Leave to Sell the Real Property of JAMES O'DONNELL, Deceased. JAMES J. O'DONNELL and Others, by PETER CONDON, Their Guardian ad Litem, Appellants.— Final order reversed on argument, without costs and motion denied, without costs, on authority of Matter of Easterly (202 N. Y. 466). Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of the Application of the PUBLIC SERVICE COMMISSION OF THE FIRST DISTRICT OF THE STATE OF NEW YORK, etc., Relative to Acquiring Title, etc. (Atlantic and Flatbush Avenues.) HENRY DEGROOT ROBINSON, Appellant; SCHULTE REALTY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

In the Matter of the Petition of CHARLES E. THEDFORD, as Administrator, etc., of MARIE A. STOUFFER, Deceased, Respondent, to Compel ADELE L. ROUYON to Render and Settle Her Account as Administratrix, etc., of ALPHONSE ROUYON, Deceased. ADELE L. ROUYON, as Administratrix, etc., Appellant.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.